

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2014

No. 04-02-00636-CR

John G. **MASS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2001-CR-4941
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

On June 19, 2004, appellant filed a letter in this appeal seeking further action by this court. Because the mandate issued in this appeal on November 3, 2004, this court has no jurisdiction to take any further action. *See* TEX. R. APP. P. 18, 19; *but see* TEX. CODE CRIM. PROC. art. 11.07 (setting forth procedure for filing post-conviction application for writ of habeas corpus to be filed in trial court in which conviction was obtained).

It is so **ORDERED** on the 23rd day of June, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court